UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

W<span>ILLIE</span> C. M<span>C</span>G<span>HEE</span>,

      Plaintiff,

Case No. 1:10-cv-333

v.

HONORABLE PAUL L. MALONEY

L<span>T</span>. M<span>ICHAEL</span> M<span>C</span>C<span>ALL</span>, <span>ET AL</span>.,

      Defendants.
_____/

## **JUDGMENT**

Having issued an order adopting a report and recommendation and dismissing plaintiff's complaint, pursuant to F<span>ED</span>.R.C<span>IV</span>.P. 58, **JUDGMENT** is hereby entered in favor of defendants and against plaintiff.

Date: May 27, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge